IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Yakoby et al. | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| University of Pennsylvania | : | No.: 2:23-cv-04789 |

ORDER

AND NOW, this _____ day of _____ 20 23 , it is hereby

ORDERED that the application of __Marc E. Kasowitz_____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED.[1]

☐   DENIED.

_____
_____, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:23-cv-04789

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, **Marc E. Kasowitz** the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $75.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| New York | 11/28/1978 | 1309871 |
| | | |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| Southern District of New York | 5/12/79 | MK2597 |
| Eastern District of New York | 5/22/79 | MK2597 |
| Northern District of New York | 9/20/99 | 601762 |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for _____

(Applicant's Signature)

12/05/2023
(Date)

Name of Applicant's Firm: Kasowitz Benson Torres LLP
Address: 1633 Broadway, New York, NY 10019
Telephone Number: Marc E. Kasowitz
Email Address: mkasowitz@kasowitz.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/05/2023
(Date)

(Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Marc E. Kasowitz to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Eric A. Shore | *Eric A. Shore* | 06/07/1995 | 73807 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Law Offices of Eric A. Shore

2 Penn Center, Suite 1240, 1500 JFK Boulevard, Philadelphia, PA 19102

(856) 433-6173


I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **12/05/2023**                               *Eric A. Shore*
             (Date)                                      (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Yakoby et al. | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| University of Pennsylvania | : | No.: 2:23-cv-04789 |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of __Marc E. Kasowitz__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

via ECF to all Counsel of Record and Parties

*Eric A. Shore*
_____
(Signature of Attorney)

Eric A. Shore
_____
(Name of Attorney)

Eric A. Shore
_____
(Name of Moving Party)

12/05/2023
_____
(Date)

Additional Admissions for Marc E. Kasowitz

- U.S. District Court, District of Colorado/Admitted: 8/1/01
- U.S. Court of Appeals, First Circuit/Admitted: 8/3/09/Bar #:1137706
- U.S. Court of Appeals, Second Circuit/Admitted: 4/25/91/Bar #: 91-308
- U.S. Court of Appeals, Third Circuit/Admitted: 10/7/93
- U.S. Court of Appeals, Seventh Circuit/Admitted: 12/23/10/ Bar #: 2826 95 TA
- U.S. Court of Appeals, Tenth Circuit/Admitted: 6/3/15
- U.S. Supreme Court/ Admitted: 2/22/16/ Bar #: 297106