UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EYAL YAKOBY and JORDAN DAVIS, <br><br> Plaintiffs, <br><br> v. <br><br> UNIVERSITY OF PENNSYLVANIA, <br><br> Defendant. | No. 2:23-cv-04789 (KNS) |

## NOTICE OF INTENT TO AMEND

Pursuant to Local Rule 7.1(c), Plaintiffs hereby notify the Court of their intent to amend their complaint pursuant to Fed. R. Civ. P. 15(a)(1)(B) by March 4, 2024, 21 days after service of Defendant's February 12, 2024 Motion to Dismiss Plaintiffs' Complaint With Prejudice and Motion to Strike (ECF No. 21).

| | |
|---|---|
| Dated: Philadelphia, Pennsylvania <br> February 26, 2024 | Respectfully submitted, <br><br> By: /s/ *Eric A. Shore* <br><br> **LAW OFFICES OF ERIC A. SHORE, P.C.** <br><br> Eric A. Shore (ID: 73807) <br> 1500 JFK Boulevard <br> Suite 1240 <br> Philadelphia, Pennsylvania 19102 <br> Tel: (856) 433-6198 <br> erics@ericshore.com <br><br> - and - <br><br> **KASOWITZ BENSON TORRES LLP** <br><br> Marc E. Kasowitz* <br> Daniel R. Benson* <br> Mark P. Ressler* <br> Andrew L. Schwartz* <br> Joshua E. Roberts* |

Jillian R. Roffer*
Scott Christopher*
Yarden N. Hodes*
1633 Broadway
New York, New York 10019
Tel:  (212) 506-1700
mkasowitz@kasowitz.com
dbenson@kasowitz.com
mressler@kasowitz.com
aschwartz@kasowitz.com
jroberts@kasowitz.com
jroffer@kasowitz.com
schristopher@kasowitz.com
yhodes@kasowitz.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify on the date set forth below that I sent Plaintiffs' Notice of Intent to Amend pursuant to Local Rule 7.1(c) via ECF to all counsel of record.

                                                      */s/ Eric A. Shore*
                                                     Eric A. Shore

Dated: February 26, 2024