IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EYAL YAKOBY, et al.,<br>*Plaintiffs*, | : <br> : <br> : <br> : |
| v. | :    **CIVIL NO. 23-4789** |
| | : <br> : |
| UNIVERSITY OF PENNSYLVANIA,<br>*Defendant.* | : <br> : |

## O R D E R

**AND NOW**, this **5th** day of **March 2024**, upon consideration of Defendant's Motion to Dismiss (ECF No. 21) and Plaintiffs having filed an Amended Complaint (ECF No. 28), it is **hereby ORDERED** that Defendant's Motion to Dismiss (ECF No. 21) is **DENIED AS MOOT**.

BY THE COURT:

_____
**HONORABLE KAI N. SCOTT**
**United States District Court Judge**