IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YAKOBY et al | : | CIVIL ACTION |
| v. | : | |
| UNIVERSITY OF PENNSYLVANIA | : | NO.: 23-cv-4789 |

_____

| | | |
|---|---|---|
| FAKHREDDINE et al | : | CIVIL ACTION |
| v. | : | |
| THE UNIVERSITY OF PENNSYLVANIA | : | NO.: 24-cv-1034 |

**O R D E R**

**AND NOW**, this **12th** day of **MARCH 2024**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned is reassigned from the calendar of the Honorable Kai N. Scott to the calendar of the Honorable John R. Padova for further proceedings.

FOR THE COURT:

**MITCHELL S. GOLDBERG**
**Chief Judge**

ATTEST:

 /s/George Wylesol
**GEORGE WYLESOL**
**Clerk of Court**