IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EYAL YAKOBY, ET AL. | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA | : | NO. 23-4789 |

# **ORDER**

**AND NOW,** this 18th day of March, 2024, upon consideration of the parties' "Joint Motion to Set a Schedule for Defendant's Response to the Amended Complaint" (Docket No. 32), **IT IS HEREBY ORDERED** that the Motion is **GRANTED** as follows:

1. Defendant shall answer or move to dismiss the Amended Complaint by Wednesday, April 3, 2024.

2. Plaintiffs shall file their memorandum of law in opposition to Defendant's motion, if any, by Friday, May 3, 2024.

3. Defendant shall file its memorandum of law in reply, if any, by Friday, May 24, 2024.

4. Defendant's opening memorandum of law and Plaintiffs' opposition memorandum of law, if any, shall each be no longer than forty (40) pages, and Defendant's memorandum of law in reply, if any, shall be no longer than (25) pages.

BY THE COURT

/s/ John R. Padova, J.
_____
John R. Padova, J.