UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EYAL YAKOBY, JORDAN DAVIS, NOAH RUBIN and STUDENTS AGAINST ANTISEMITISM, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, <br><br> Defendant. | Case No. 2:23-cv-04789 (MSG) |

## DECLARATION OF EYAL YAKOBY

I, Eyal Yakoby, declare as follows:

1. I am a Jewish student at the University of Pennsylvania ("Penn"). I am a citizen of the United States and of Israel. I am a plaintiff in this action and I am also a member of plaintiff Students Against Antisemitism, Inc. I submit this declaration in opposition to defendant's motion to dismiss and to strike.

2. The antisemitism I have experienced at Penn has been severe and has only gotten worse since the amended complaint in this action was filed on March 4, 2024. Disruptive protests that exceed the permitted decibel level have become the norm, with students and professors alike chanting slogans like "there is only one solution, Intifada revolution." Penn professors, such as Anne Norton, who recently expressed her view that "Zionists will destroy every liberal institution – rule of law, fair process, free speech, human rights – to suppress expressions of Palestinian humanity," have made me a public target of their hate and lies. I have received death threats. The administration does not take Jewish students' safety concerns seriously, and it does not take my safety concerns seriously.

3. On November 7, at a meeting with John Ghazvinian, the executive director of Penn's Middle East Center, concerning my honors thesis paper, Ghazvinian told me that some members of the Middle East Studies department sought to falsely report me to both the Philadelphia Police for inciting violence, and to the Penn administration for violating school policies, based on an email I sent to multiple administrators and department heads, which attached a petition signed by over 200 Jewish Penn students' expressing concerns over their safety and Penn's endorsement of the Palestine Writes Literature Festival. Mr. Ghazvinian cautioned me, as someone looking to pursue a career in diplomacy, to think carefully when communicating with these professors and administrators, which I understood as a reference to the power they had to negatively impact my career prospects.

4. After I filed this action, a group of Penn professors filed a separate lawsuit against Penn claiming, among other things, that I along with the other student plaintiffs in this action have joined efforts with "billionaire donors, pro-Israel groups, [] and segments of the media" to promote a new advent of "McCarthyism." *See Fakhreddine et al v. The University of Pennsylvania*, 2:24-cv-01034-MSG (ECF 1). Although I have no affiliation with Penn other than being an undergraduate student there, the professors' complaint names me over seventeen times and contains several false allegations against me, including that I gave Congressman Joe Wilson "doxxing 'information'" that he used to question Penn's former president Elizabeth Magill about antisemitism on Penn's campus. I never handed any doxxing information about Fakhreddine to Wilson. These professors' gratuitous use of my name in a complaint against their employer plainly is nothing more than an effort to retaliate against and intimidate me following my decision to file this civil rights lawsuit against Penn.

5. On or about April 24, 2024, the Penn chapter of the American Association of University Professors (AAUP–Penn), a membership organization run by Penn faculty, blocked my access to its official X account, which is open to all other Penn students, after I criticized the group's support for the anti-Israel, pro-Hamas demonstrations at Columbia University, which has been the scene of numerous incidents of violence and arrests. I reported the blocking to Penn's Open Expression Committee, but I am still locked out of the account.

6. On April 30, 2024, Professor Norton tweeted on her X account, in response to a post of mine: "As a direct result of Mr Yakoby's activities, we are not safe. My [sic] Yakoby has led campaigns against myself and my colleagues that have called for our deaths, rapes, and firing, along with more mundane abuse. Every day. Still, we speak." *See* Exhibit A. Professor Norton went on to state: "Mr Yakoby has worked to bring the power of the state against people who hold political views he opposes, resulting in state and administrative surveillance of emails and demands for teaching and other materials. Indeed, we are not safe. Still, we teach."

7. Professor Norton's misdirected tirades are out-and-out false. I have never called for Professor Norton's—or any other Penn community member's—death or rape. The post that Professor Norton responded to concerned the escalating violence I have been witnessing at the "Penn Gaza Solidarity Encampment," that first began on April 25. In my post, I stated that students on Penn's campus were unsafe due to the "encampments [becoming] increasingly [] more violent and displaying more imagery and support of terrorist organizations." Not once in my post did I mention Norton or any other professor's name.

8. Notably, Professor Norton posted earlier in the week her open support for a convicted Popular Front for the Liberation of Palestine terrorist. This U.S.-designated terrorist

3

organization has murdered countless civilians, some of which my family knew. A professor's open support for a terrorist organization has made me and others afraid to be on campus.

9. The encampment is a group of Penn students, faculty, and others who began occupying a centrally located section of campus outside the main library and major campus artery in an effort to pressure the administration to divest financial support to Israel. Following similar encampments at Columbia University and others, these individuals erected the encampment of approximately 40-50 tents, with students and others sleeping overnight on the campus lawn for eight straight days as of this writing. I have seen and heard first-hand reports of individuals in the encampment, including students, committing acts of violence, intimidating and harassing Jewish students and faculty members, and inciting others to do the same.

10. Since the encampment has been erected, the large statue of Ben Franklin on the main quad had the words "ZIOS GET FUCKT" spray painted on it. A few feet away, was a circle chalked onto the ground picturing the Israeli flag with a red "X" over it, and the words "STOMP ZONE," "RAGE ZONE" and "ZIONISM IS ANTISEMITISM." Surrounding this quad are tents filled with people trespassing on Penn's property, including students and professors, who stay overnight and aggressively chant slogans such as "Al-Qassam, make us proud, take another solider down" and calls for intifada while waving flags of designated terrorist groups such as the Popular Front for the Liberation of Palestine.

11. Jewish students have been called "pigs," "kikes," "Nazis," "faggots," and "Hitler's children" and even spit on as they pass the encampment on their way to class, the library, or other campus activities. I can hear the chanting from inside campus buildings. Repeat aggressors, such as Jordan Vaughan—who has organized multiple campus rallies and recently said "no more peace, pickup a g*ddamn weapon" on his social media account, and who Penn purportedly banned from

campus for doxxing Penn Jewish students—has been spotted at the encampment at least twice this week. Penn is aware of Vaughan's post about use of weapons but has not taken effective measures to keep him away from campus. Meanwhile, those at the encampment have denied a campus rabbi and numerous others entry to the quad. I have also seen a video of a Jewish student, surrounded by campus protesters, who threatened him with "I hope you have good health insurance" and "how's your dental"? I personally witnessed a police officer, after being assaulted by a protester, asking his sergeant whether he could arrest the individual, only to be told that the police do not have the authority to make arrests at the encampment.

12. I have reported these and other incidents to the Penn administration, as have other students. The administration admits that "[t]he harassing and intimidating comments and actions by some of the protesters, which were reported and documented by many in our community, violate Penn's open expression guidelines and state and federal law, including Title VI of the Civil Rights Act," yet has not taken any action to effectively end the harassment. *See* Exhibit B (April 26, 2024 "Update to the Penn Community").

13. Professor Norton was the former head of the political science department and current standing faculty member of the department, while Professor Ghazvinian currently runs the modern Middle East studies program, and Professor Fakhreddine teaches modern Middle East studies courses. As a dual major in these departments, I no longer feel safe or welcomed in these programs. I along with others have complained about Norton and Fakhreddine's statements to the administration. For instance, I reported Norton to the school for her endorsement of a tweet that included "playing the victims is what Jews are best at." Due to the lack of action by Penn, however, I believe they have been emboldened to continue their campaign of misinformation towards myself and other Jewish students.

14. Since the filing of the original complaint, students and professors at Penn have only become emboldened by Penn's response (or lack thereof) to combat antisemitism. Students continue to be harassed and intimidated. Penn has proven that it is incapable of effectively addressing antisemitism or is unwilling to do so. While Penn claims that not enough time has passed to see whether their actions have been effective, the antisemitism on campus has only gotten worse. My senior year has been stolen from me by these disruptions and abuse from faculty, and my hope is that through enforcing Title VI, courts can make sure no student ever has to endure the level of hatred permeating Penn's campus.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 3, 2024



Eyal Yakoby