UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EYAL YAKOBY, JORDAN DAVIS, NOAH RUBIN, and STUDENTS AGAINST ANTISEMITISM, INC.<br><br>     Plaintiffs,<br><br> v.<br><br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br><br>     Defendant. | No. 2:23-cv-04789 (MSG) |

## DEFENDANT'S NOTICE OF RECENT DECISION

Penn submits this notice to inform the Court of the recent decision in *StandWithUs Center for Legal Justice v. Massachusetts Institute of Technology*, Case No. 1:24-cv-10577-RGS (D. Mass. July 30, 2024), ECF No. 53 (attached as Exhibit A). The decision is relevant to Penn's arguments in its motion to dismiss that its response to on-campus antisemitism has not been "clearly unreasonable" as a matter of law, and that as a result Plaintiffs have failed to state a claim under Title VI. *See* ECF No. 41 at 24-33.

Dated: July 31, 2024

                Respectfully submitted,

                */s/ David Gringer*
                David Gringer (*pro hac vice*)
                Alan Schoenfeld (*pro hac vice*)
                WILMER CUTLER PICKERING
                 HALE AND DORR LLP
                7 World Trade Center
                250 Greenwich Street
                New York, NY 10007
                Telephone: (212) 230-8864
                Facsimile: (212) 230-8888
                david.gringer@wilmerhale.com
                alan.schoenfeld@wilmerhale.com

Seth P. Waxman (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
seth.waxman@wilmerhale.com

Sean V. Burke
Jason Gerard Canavan
Office of General Counsel
University of Pennsylvania
FMC Tower at Cira Centre South
2929 Walnut Street, Suite 400
Philadelphia, PA 19104-5099
Telephone: (215) 746-5200
Facsimile: (215) 746-5222

*Attorneys for Defendant the Trustees of the University of Pennsylvania*

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2024, a true and correct copy of the foregoing Notice of Recent Decision was filed electronically through the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated:  July 31, 2024                               Respectfully submitted,

                                                    */s/ David Gringer*
                                                    David Gringer