UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EYAL YAKOBY, JORDAN DAVIS, NOAH RUBIN, and STUDENTS AGAINST ANTISEMITISM, INC.<br><br>                      Plaintiffs,<br><br>   v.<br><br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br><br>                      Defendant. | No. 2:23-cv-04789 (MSG) |

### DEFENDANT'S NOTICE OF RECENT DECISION AND SECOND NOTICE OF SUPPLEMENTAL INFORMATION

Penn submits this notice to inform the Court of the recent decision in *Landau v. The Corporation of Haverford College*, Case No. 2:24-cv-02044-GAM (E.D. Pa. January 6, 2025), ECF No. 33 (attached as Exhibit A).

Penn also submits this Second Notice of Supplemental Information to update the Court regarding the opening of Penn's Office of Religious and Ethnic Inclusion under Title VI and in response to Plaintiffs' recently filed Notice of Recent Decision (Dkt. 63). Penn filed its motion to dismiss Plaintiffs' Amended Complaint on April 3, 2024. *See* Dkt. 41. In the intervening nine months, Penn has taken significant additional steps to combat antisemitism. On September 9, 2024, Penn filed a Notice of Supplemental Information informing the Court of the creation of the Office of Religious and Ethnic Inclusion under Title VI. *See* Dkt. 51. The Office formally opened on December 17 and "will investigate and attempt to resolve reports … alleging discrimination (including harassment) based on a person's actual or perceived: (i) shared ancestry or ethnic characteristics; or (ii) citizenship or residency in a country with a dominant religion or distinct religious identity." *See* Ex. B. The Office's co-directors Majid Alsayegh and Steve Ginsburg also

recently hired a Chief Investigator: Deborah Frey, most recently an Assistant United States Attorney in the U.S. Attorney's Office in the Eastern District of Pennsylvania, where she worked to resolve complaints of discrimination based on race, age, disability, and other federally protected classes. *Id.* The creation of this Office and Penn's ongoing response is relevant to Penn's motion and underscores the jurisdictional deficiencies of Plaintiffs' complaint. *See* ECF No. 41.

Dated: January 7, 2025

Respectfully submitted,

/s/ David Gringer
David Gringer (*pro hac vice*)
Alan Schoenfeld (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8864
Facsimile: (212) 230-8888
david.gringer@wilmerhale.com
alan.schoenfeld@wilmerhale.com

Seth P. Waxman (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
seth.waxman@wilmerhale.com

Sean V. Burke
Jason Gerard Canavan
Office of General Counsel
University of Pennsylvania
FMC Tower at Cira Centre South
2929 Walnut Street, Suite 400
Philadelphia, PA 19104-5099
Telephone: (215) 746-5200
Facsimile: (215) 746-5222

*Attorneys for Defendant the Trustees of the University of Pennsylvania*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2025, a true and correct copy of the foregoing Notice of Recent Decision and Second Notice of Supplemental Information was filed electronically through the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated:  January 7, 2025                                          Respectfully submitted,

*/s/ David Gringer*
David Gringer