# EXHIBIT B



CAMPUS & COMMUNITY

## Introducing the Office of Religious and Ethnic Inclusion (Title VI)

The office, which is now open, is co-led by Steve Ginsburg and Majid Alsayegh. Deborah Frey will serve as chief investigator.



Office of Religious and Ethnic Inclusion is the first of its kind nationally, formed in response to recommendations from the Action Plan to Combat Antisemitism, as well as the reports of the University Task Force on Antisemitism and the Presidential Commission on Countering Hate and Building Community.

ollowing months of listening and feedback from the Penn community, the University formally opened the Office of Religious and Ethnic Inclusion (Title VI) (https://office-of-religious-and-ethnic-inclusion.upenn.edu/) on Dec. 17. The office is housed in Room 216 of the Franklin Building.

"This office adds critically important structure to support Title VI of the Civil Rights Act of 1964, in pursuit of eliminating discrimination in all its forms," says Interim Penn President J. Larry Jameson (https://president.upenn.edu/meet-president). "I'm proud that Penn has been a leader in establishing this

office and have the utmost confidence in interim co-directors Majid Alsayegh and Steve Ginsburg, who have worked steadfastly and conscientiously to learn from and listen to Penn's community."

Coinciding with the opening of the office is the hiring of Deborah Frey as Chief Investigator and an Associate General Counsel in the Office of the General Counsel (https://ogc.upenn.edu/). Frey was previously an Assistant United States Attorney in the U.S. Attorney's Office in the Eastern District of Pennsylvania, where she worked to resolve complaints of discrimination based on race, age, disability, and other federally protected classes.

"Deborah is a talented lawyer, with very valuable experience as an investigator and government attorney," says Majid Alsayegh, interim co-director of the Office of Religious and Ethnic Inclusion (Title VI). "She cares deeply about the issues and concerns to be addressed by our Title VI office," added Steve Ginsburg, interim co-director.

The University announced the creation of the Office of Religious and Ethnic Inclusion (Title VI), or OREI, in September. The office is the first of its kind nationally and was formed in response to recommendations from the Action Plan to Combat Antisemitism, as well as the reports of the University Task Force on Antisemitism (https://antisemitism-action-plan.upenn.edu/sites/default/files/2024-05/University-Task-Force-on-Antisemitism-Report-with-Appendix_ada.pdf) and the Presidential Commission on Countering Hate and Building Community (https://president.upenn.edu/sites/default/files/2024-05/Pres-Commission-Final-Report-2024-FINAL.pdf). The office will investigate and attempt to resolve reports from any current Penn student, faculty, staff, or post-doctoral trainee with a valid PennKey alleging discrimination (including harassment) based on a person's actual or perceived: (i) shared ancestry or ethnic characteristics; or (ii) citizenship or residency in a country with a dominant religion or distinct religious identity.

## Creating OREI

Ginsburg and Alsayegh were tapped as interim co-directors in part because of their deep commitment to combatting bias and hate while supporting diversity.

Ginsburg, a lawyer by training, previously worked for the Anti-Defamation League, and brings expertise in anti-bias education as well as decades of hands-on experience in responding to reports of discrimination, harassment, and hate. His recent work he says, has been advising leaders and institutions on how to "adapt to new challenges and some age-old problems that are presenting in new ways."

Alsayegh spent most of his adult life cultivating interfaith and intercultural dialogue, as well as conducting conflict de-escalation work. He previously cofounded the West Philadelphia-based nonprofit Intercultural Journeys and is the current chair of the board of The Dialogue Institute. In addition, Alsayegh is a principal at Alta Management, where he has delegated responsibilities temporarily to work on OREI full-time. "For me, it's something I care deeply about," he says. "It's a calling."

Ginsburg says they've been ambitious in thinking about how to design the office, describing the endeavor as "new and necessary." "We want to make sure that this is innovative and achieving a multipronged mission,

but also that it feels like Penn," Ginsburg adds. "That it focuses on the Penn community and fits in with other structures at Penn."

The team has worked collaboratively with the Office of the Chaplain (https://chaplain.upenn.edu/), the Division of Public Safety (https://www.publicsafety.upenn.edu/), the Office of the Provost (https://provost.upenn.edu/), the Office of the President (https://president.upenn.edu/), the Division of Human Resources (https://www.hr.upenn.edu/), and Restorative Practices @ Penn (https://csa.upenn.edu/restorative-practices-penn), among others, to develop a process that fits the needs of a Title VI office. They've also met with student leaders representing a range of backgrounds and opinions. OREI is working closely with the Title IX Office and the Office of Affirmative Action and Equal Opportunity Programs who will continue to handle race-based reports and complaints.

Ginsburg and Alsayegh emphasize that the office exists for all ethnic and religious backgrounds. "We are both trained and really focused on trying to understand the perspectives of different groups, and when we don't understand them, we just need to listen and try to learn," Ginsburg says. "And that's how we're approaching this."

## OREI's four cornerstones

OREI has established four foundational cornerstones, they explain: Educate, Investigate, Mediate, and Evaluate.

The office will bring speakers to campus to model how to work effectively across difference. The office will also collaborate with faculty and staff to develop and deliver educational programming and trainings on Title VI-related topics including antisemitism, Islamophobia, and xenophobia. That programming will begin in the spring.

OREI will investigate reports across Penn related to incidents that arise after the office opens today. Reports issued through the Bias Incident Reporting Form (https://diversity.upenn.edu/diversity-at-penn/bias-motivated-incident-report) may be passed along to OREI, though those who want to submit a report directly to OREI can do so. Reports require a PennKey.

Mediation will take place in partnership with Restorative Practices @ Penn, as well as bring in some of OREI's own techniques informed by the work and experiences of Ginsburg and Alsayegh. The office will offer informal consultations and work to resolve disputes whenever possible.

Ultimately, Ginsburg and Alsayegh want to assure the Penn community that there is "dignity in this process," says Ginsburg, and that they are hopeful that the Penn community can serve as a model for others grappling with divisions on campus. All, they add, in support of Penn's mission to create a healthy environment where people can learn, study, research, and teach.

"Because of our own lived experiences as targets of bigotry, we know this work is not going to be easy. These issues are complex and require deep thought and sensitivity for those who are impacted," says Ginsburg.

| | |
|---|---|
| **CREDITS** | **Brandon K. Baker** <br> Writer |
| **DATE** | **December 17, 2024** |
| **SUBTOPICS** | **The Engaged University, <br> Diversity, Equity, Inclusion, and Accessibility, <br> Higher Education** |