UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EYAL YAKOBY, JORDAN DAVIS, NOAH RUBIN and STUDENTS AGAINST ANTISEMITISM, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br><br>Defendant. | No. 2:23-cv-04789 (MSG) |

## PLAINTIFFS' NOTICE OF RECENT DECISION

Plaintiffs submit this notice to inform the Court of the recent decision in *The Louis D. Brandeis Center, Inc. et al. v. Regents of the University of California*, *et al.*, Case No. 3:23-cv-06133-JD (N.D. Cal. Mar. 31, 2025), ECF No. 107 (attached as Exhibit A). Judge Donato's ruling addresses Title VI claims on the second page of the Order.

1

Dated: May 7, 2025

Respectfully,

*/s/ Marc E. Kasowitz*
Marc E. Kasowitz (*pro hac vice*)
Daniel R. Benson (*pro hac vice*)
Andrew L. Schwartz (*pro hac vice*)
Joshua E. Roberts (*pro hac vice*)
Jillian R. Roffer (*pro hac vice*)
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
mkasowitz@kasowitz.com
dbenson@kasowitz.com
aschwartz@kasowitz.com
jroberts@kasowitz.com
jroffer@kasowitz.com

Eric A. Shore (ID: 73807)
Briana Pearson-Prout (ID: 327007)
LAW OFFICES OF ERIC A. SHORE, P.C.
1500 JFK Boulevard
Suite 1240
Philadelphia, Pennsylvania 19102
Tel: (856) 433-6198
erics@ericshore.com
brianap@ericshore.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

     I, Marc E Kasowitz, hereby certify that on the below referenced date, I electronically filed the foregoing Notice of Recent Decision with the Clerk of the Court using the Court's electronic filing system ("ECF"), which will send notification of such filing to all counsel of record. The foregoing document is also available for viewing and/or downloading from ECF.

*/s/ Marc E. Kasowitz*
Marc E. Kasowitz

Dated: May 7, 2025