Eric A. Shore, Esquire
Attorney Identification No: 046481994
**LAW OFFICES OF ERIC A. SHORE, P.C.**
Two Penn Center
1500 JFK Boulevard, Suite 1240
Philadelphia, PA 19110
(856) 433-6198 (t)
(856) 427-4008 (f)
*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EYAL YAKOBY, JORDAN DAVIS, NOAH RUBIN, and STUDENTS AGAINST ANTISEMITISM, INC., | : : : : : | CIVIL ACTION<br><br>No. **2:23-cv-04789** |
| *Plaintiffs*, | : : | |
| v. | : : : | |
| THE TRUSTEES OF THE UNIVERSITY OF PENNSLYVANIA, | : : : | |
| *Defendant*. | : : | |

**WITHDRAWAL OF ATTORNEY**

**TO THE CLERK:**

Kindly withdraw the appearance of Briana L. Pearson, Esq. on behalf of Plaintiffs, Eval Yakoby and Jordan Davis, in the above-captioned matter.

| LAW OFFICE OF ERIC A. SHORE, P.C. | LAW OFFICE OF ERIC A. SHORE, P.C. |
|---|---|
| BY: s/ Briana L. Pearson<br>Briana L. Pearson, Esq. (327007)<br>Withdrawing Attorney | BY: s/ Eric A. Shore<br>Eric A. Shore, Esq. (046481994)<br>Law Office of Eric A. Shore<br>2 Penn Center, 1500 JFK Blvd,<br>Suite 1240,<br>Philadelphia, PA 19102<br>Attorney for Plaintiffs |

Dated: 05/09/2025