# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EYAL YAKOBY, JORDAN DAVIS, NOAH RUBIN and STUDENTS AGAINST ANTISEMITISM, INC. | : : : : | CIVIL ACTION |
| v. | : : | NO. 23-4789 |
| THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA | : : | |

## ORDER

**AND NOW**, this 14th day of May, 2025, upon consideration of the Withdrawal of Attorney of Briana L. Pearson, Esq. on behalf of Plaintiffs Eyal Yakoby and Jordan Davis (ECF No. 70), which was erroneously docketed as a Motion to Withdraw, and insofar as both Eyal Yakoby and Jordan Davis continue to be represented by other counsel, the Clerk of Court is hereby **DIRECTED** to correct the above docket entry to reflect that the "Motion to Withdraw" is moot and Briana L. Pearson has withdrawn her appearance as counsel on behalf of Plaintiffs Yakoby and Davis.

BY THE COURT:

*/s/    Mitchell S. Goldberg*
**Mitchell S. Goldberg,         J.**