# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EYAL YAKOBY, JORDAN DAVIS,** | : | |
| **NOAH RUBIN and STUDENTS AGAINST** | : | **CIVIL ACTION** |
| **ANTISEMITISM, INC.** | : | |
| | : | |
| v. | : | **NO. 23-4789** |
| | : | |
| **THE TRUSTEES OF THE UNIVERSITY OF** | : | |
| **PENNSYLVANIA** | : | |

## ORDER

**AND NOW**, this 2nd day of June, 2025, upon consideration of Defendant University of Pennsylvania's Motion to Dismiss Plaintiff's Amended Complaint with Prejudice and Motion to Strike (ECF No. 41),  Plaintiffs' Response in Opposition, and Defendant's Reply Memorandum, it is hereby **ORDERED** that the Motion to Dismiss and Strike is **GRANTED**, and Plaintiffs' Amended Complaint is **DISMISSED** and **STRICKEN** without prejudice pursuant to Fed. R. Civ. P. Nos. 12(b)(6) and 12(f) for the reasons set forth in the attached Memorandum Opinion.

**IT IS FURTHER ORDERED** that Plaintiffs are given leave to file a Second and Final Amended Complaint in compliance with the directives contained in the Memorandum Opinion within thirty (30) days of the entry date of this Order.

BY THE COURT:

*/s/  Mitchell S. Goldberg*
**Mitchell S. Goldberg,      J.**