IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EYAL YAKOBY, JORDAN DAVIS, NOAH RUBIN and STUDENTS AGAINST ANTISEMITISM, INC. : : : : | CIVIL ACTION |
| v. : : | NO. 23-4789 |
| THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA : : | |

**ORDER**

**AND NOW**, this 25th day of June, 2025, upon consideration of Plaintiffs' Notice to Stand on First Amended Complaint (ECF No. 74), Defendant is hereby **ORDERED** to file its response thereto within seven (7) days of this Order.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**Mitchell S. Goldberg,    J.**