**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| EYAL YAKOBY, JORDAN DAVIS, NOAH RUBIN and STUDENTS AGAINST ANTISEMITISM, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, <br><br> Defendant. | No. 2:23-cv-04789 (MSG) |

**NOTICE OF CHANGE OF FIRM NAME**

TO ALL PARTIES HEREIN, THEIR ATTORNEYS OF RECORD, AND THE CLERK OF THE ABOVE-TITLED COURT:

PLEASE TAKE NOTICE THAT Kasowitz Benson Torres LLP has changed its name to Kasowitz LLP as of June 25, 2025. The firm and its lawyers' addresses, e-mail addresses, phone numbers and fax numbers have not been affected by this change. Please take notice of this change and update your records accordingly.

1

Dated: June 30, 2025                                Respectfully,

*/s/ Joshua E. Roberts*
Marc E. Kasowitz (*pro hac vice*)
Andrew L. Schwartz (*pro hac vice*)
Joshua E. Roberts (*pro hac vice*)
Jillian R. Roffer (*pro hac vice*)
KASOWITZ LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
mkasowitz@kasowitz.com
aschwartz@kasowitz.com
jroberts@kasowitz.com
jroffer@kasowitz.com

Eric A. Shore (ID: 73807)
LAW OFFICES OF ERIC A. SHORE, P.C.
1500 JFK Boulevard
Suite 1240
Philadelphia, Pennsylvania 19102
Tel: (856) 433-6198
erics@ericshore.com

*Counsel for Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

      I, Joshua E. Roberts, hereby certify that on the below referenced date, I electronically filed the foregoing Notice of Change of Firm Name with the Clerk of the Court using the Court's electronic filing system (ECF), which will send notification of such filing to all counsel of record. The foregoing document is also available for viewing and/or downloading from ECF.

                                                                  */s/ Joshua E. Roberts*
                                                                  Joshua E. Roberts

Dated: June 30, 2025