UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EYAL YAKOBY, JORDAN DAVIS, NOAH RUBIN and STUDENTS AGAINST ANTISEMITISM, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, <br><br> Defendant. | No. 2:23-cv-04789 (MSG) |

### PLAINTIFFS' MOTION FOR WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE THAT, Daniel R. Benson, counsel of record for Plaintiffs, Eyal Yakoby, Jordan Davis, Noah Rubin, and Students Against Antisemitism, Inc., in the above-captioned matter, is no longer associated with Kasowitz LLP. Pursuant to Local Civil Rule 5.1(b), Plaintiffs move this Court for an Order withdrawing Mr. Benson as counsel from the above-captioned action and its electronic case filing service. Plaintiffs remain represented by other counsel from Kasowitz LLP, as reflected on the Court's docket.

1

|  |  |
|---|---|
| Dated: June 30, 2025 | Respectfully,<br><br>*/s/ Joshua E. Roberts*<br>Marc E. Kasowitz (*pro hac vice*)<br>Andrew L. Schwartz (*pro hac vice*)<br>Joshua E. Roberts (*pro hac vice*)<br>Jillian R. Roffer (*pro hac vice*)<br>KASOWITZ LLP<br>1633 Broadway<br>New York, New York 10019<br>Tel: (212) 506-1700<br>mkasowitz@kasowitz.com<br>aschwartz@kasowitz.com<br>jroberts@kasowitz.com<br>jroffer@kasowitz.com<br><br>Eric A. Shore (ID: 73807)<br>LAW OFFICES OF ERIC A. SHORE, P.C.<br>1500 JFK Boulevard<br>Suite 1240<br>Philadelphia, Pennsylvania 19102<br>Tel: (856) 433-6198<br>erics@ericshore.com<br><br>*Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

I, Joshua E. Roberts, hereby certify that on the below referenced date, I electronically filed the foregoing Plaintiffs' Motion for Withdrawal of Appearance with the Clerk of the Court using the Court's electronic filing system (ECF), which will send notification of such filing to all counsel of record. The foregoing document is also available for viewing and/or downloading from ECF.

*/s/ Joshua E. Roberts*
Joshua E. Roberts

Dated:  June 30, 2025