UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EYAL YAKOBY, JORDAN DAVIS, NOAH RUBIN, and STUDENTS AGAINST ANTISEMITISM, INC.<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br><br>　　　　　　　　　Defendant. | No. 2:23-cv-04789 (MSG) |

**DEFENDANT'S RESPONSE TO PLAINTIFFS' NOTICE OF INTENT TO STAND ON THEIR FIRST AMENDED COMPLAINT**

On June 25, 2025, Plaintiffs noticed their intent to stand on their First Amended Complaint and requested the Court enter final judgment. Dkt. No. 74. Penn takes no position on Plaintiffs' request to enter final judgment. The Court's June 2, 2025 Order, Dkt. No. 73, correctly dismissed the Amended Complaint as inadequately pled.

| | |
|---|---|
| Dated:  July 2, 2025 | Respectfully submitted,<br><br>/s/ David Gringer<br>David Gringer (*pro hac vice*)<br>Alan Schoenfeld (*pro hac vice*)<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Telephone: (212) 230-8864<br>Facsimile: (212) 230-8888<br>david.gringer@wilmerhale.com<br>alan.schoenfeld@wilmerhale.com<br><br>Seth P. Waxman (*pro hac vice*)<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>2100 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363<br>seth.waxman@wilmerhale.com<br><br>Sean V. Burke<br>Jason Gerard Canavan<br>Office of General Counsel<br>University of Pennsylvania<br>FMC Tower at Cira Centre South<br>2929 Walnut Street, Suite 400<br>Philadelphia, PA 19104-5099<br>Telephone: (215) 746-5200<br>Facsimile: (215) 746-5222<br><br>*Attorneys for Defendant the Trustees of the University of Pennsylvania* |