## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EYAL YAKOBY, JORDAN DAVIS, NOAH RUBIN and STUDENTS AGAINST ANTISEMITISM, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, <br><br> Defendant. | No. 2:23-cv-04789 (MSG) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Eyal Yakoby, Jordan Davis, Noah Rubin, and Students Against Antisemitism, Inc. appeal to the United States Court of Appeals for the Third Circuit from this Court's June 2, 2025 Memorandum Opinion (ECF No. 72) and Order (ECF No. 73) dismissing Plaintiffs' First Amended Complaint.

Dated: July 2, 2025               Respectfully,

*/s/ Marc E. Kasowitz*
Marc E. Kasowitz (*pro hac vice*)
Andrew L. Schwartz (*pro hac vice*)
Joshua E. Roberts (*pro hac vice*)
Jillian R. Roffer (*pro hac vice*)
KASOWITZ LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
mkasowitz@kasowitz.com
aschwartz@kasowitz.com
jroberts@kasowitz.com
jroffer@kasowitz.com

Eric A. Shore (ID: 73807)
LAW OFFICES OF ERIC A. SHORE, P.C.
1500 JFK Boulevard
Suite 1240
Philadelphia, Pennsylvania 19102
Tel: (856) 433-6198
erics@ericshore.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I, Marc E Kasowitz, hereby certify that on the below referenced date, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the Court's electronic filing system ("ECF"), which will send notification of such filing to all counsel of record. The foregoing document is also available for viewing and/or downloading from ECF.

                                                  */s/ Marc E. Kasowitz*
                                                Marc E. Kasowitz

Dated: July 2, 2025