IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EYAL YAKOBY, JORDAN DAVIS, NOAH RUBIN and STUDENTS AGAINST ANTISEMITISM, INC. | CIVIL ACTION |
| v. | NO. 23-4789 |
| THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA | |

## ORDER

**AND NOW**, this 22nd day of July, 2025, upon consideration of Plaintiffs' Notice to Stand on the First Amended Complaint (ECF No. 76), and in light of Plaintiffs' declining this Court's allowance that an amended complaint be filed regarding claims under Title VI and for breach of contract, and Defendant's Response thereto advising it takes no position on Plaintiffs' Notice, it is **ORDERED** that **FINAL JUDGMENT** is **ENTERED** in favor of Defendant, Trustees of the University of Pennsylvania on Plaintiff's remaining claims. In accordance with Plaintiffs' request, this action is hereby **DISMISSED with PREJUDICE.** See Weber v. McGrogan, 939 F.3d 232 (3d Cir. 2019).

BY THE COURT:

*/s/ Mitchell S. Goldberg*

Mitchell S. Goldberg,        J.