UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EYAL YAKOBY, JORDAN DAVIS, NOAH RUBIN and STUDENTS AGAINST ANTISEMITISM, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, <br><br> Defendant. | No. 2:23-cv-04789 (MSG) |

## AMENDED NOTICE OF APPEAL

Plaintiffs Eyal Yakoby, Jordan Davis, Noah Rubin, and Students Against Antisemitism, Inc. hereby amend their July 2, 2025 Notice of Appeal (ECF No. 80).

On June 2, 2025, the Court issued a Memorandum Opinion (ECF No. 72) and Order (ECF No. 73) dismissing Plaintiffs' First Amended Complaint. On June 25, Plaintiffs filed a Notice to Stand on First Amended Complaint (ECF No. 74). On June 26, the Court entered an order requiring Defendant to respond (ECF No. 75). On July 2, Defendant filed its response taking no position. (ECF No. 79.) Subsequently, that same day, Plaintiffs filed their Notice of Appeal (ECF No 80). On July 22, the Court entered an additional Order dismissing Plaintiffs' claims with prejudice (ECF No. 82) pursuant to *Weber v. McGrogan*, 939 F.3d 232 (3d Cir. 2019). Plaintiffs believe that their initial notice of appeal was sufficient to convey appellate jurisdiction, but are amending their notice of appeal to include the subsequent Order as a precaution.

Notice is hereby given that Plaintiffs appeal to the U.S. Court of Appeals for the Third Circuit from this Court's June 2 Memorandum Opinion (ECF No. 72) and Order (ECF No. 73)

1

2

dismissing Plaintiffs' First Amended Complaint and this Court's July 22 Order converting that dismissal to one with prejudice and entering final judgment for Defendant (ECF No. 82).

Dated: August 11, 2025

Respectfully,

*/s/ Marc E. Kasowitz*
Marc E. Kasowitz (*pro hac vice*)
Andrew L. Schwartz (*pro hac vice*)
Jillian R. Roffer (*pro hac vice*)
KASOWITZ LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
mkasowitz@kasowitz.com
aschwartz@kasowitz.com
jroffer@kasowitz.com

Eric A. Shore (ID: 73807)
LAW OFFICES OF ERIC A. SHORE, P.C.
1500 JFK Boulevard
Suite 1240
Philadelphia, Pennsylvania 19102
Tel: (856) 433-6198
erics@ericshore.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I, Marc E. Kasowitz, hereby certify that on the below referenced date, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the Court's electronic filing system ("ECF"), which will send notification of such filing to all counsel of record. The foregoing document is also available for viewing and/or downloading from ECF.

                                                         */s/ Marc E. Kasowitz*
                                                         Marc E. Kasowitz

Dated: August 11, 2025